IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

| | |
|---|---|
| Richard Justin Stoppelmoor,<br><br>Plaintiff,<br><br>vs.<br><br>Union Pacific Railroad Company, a corporation, and EXCO, Inc., a corporation,<br><br>Defendants. | Case No. 3:11-cv-00077-CRW-TJS<br><br>**DISMISSAL WITH PREJUDICE** |

COMES NOW, the above-named Plaintiff and hereby dismisses the above cause of action against Defendants, Union Pacific Railroad Company, a corporation, and EXCO, Inc., a corporation, with prejudice.

        LARRY HELVEY LAW FIRM

        By: /s/ Larry D. Helvey M.D. J.D.
        Larry D. Helvey AT0003424
        2735 1st Avenue SE, Suite 110
        Cedar Rapids, Iowa 52402
        Telephone: 319-362-0421
        Facsimile: 319-362-3496
        E-mail: lhelvey@helveylaw.com

        And

        Russell A. Ingebritson
        INGEBRITSON & ASSOCIATES, P.A.
        IDS Center
        80 South 8th Street, Suite 2030
        Minneapolis, MN 55402
        Telephone: (612) 340-8290
        Facsimile: (612) 342-2990
        Email: Russinge47@aol.com
        *Pro Hac Vice*
        COUNSEL FOR PLAINTIFF